O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1038 AHM (MANx) | Date | March 24, 2011 |
|---|---|---|---|
| Title | GUERRERO V. FIRST NLC FINANCIAL SERVICES, ET AL. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On March 21, 2011, plaintiff Diane Wells Guerrero ("Plaintiff") filed an application for a temporary restraining order and an order to show cause why a preliminary injunction should not issue.

Plaintiff filed a proof of service with her application purporting to show that she served copies of her application on the defendants in this action on March 21, 2011. The proof of service is defective. The document with the header "proof of service" lists none of the parties allegedly served. Instead, attached to the proof of service is a photocopied page of certified mail receipts, apparently showing that Plaintiff mailed something to each of the defendants in this case on February 4, 2011 and February 7, 2011.

Even assuming that this attached page is intended to demonstrate only the identities of the parties served (and not the date upon which they were served), it is insufficient. Plaintiff's receipts list the names and addresses of the defendants, but not of defendants' counsel. Federal Rule of Civil Procedure 5(b)(1) requires that if a party is represented by an attorney, service must be made on the attorney unless the court orders otherwise.

Here, at least one of the defendants – The Bank of New York Mellon – is represented by counsel and Plaintiff has provided no proof that she served her pending application on counsel for The Bank of New York. The Court will not address the merits of Plaintiff's application until she provides adequate proof of service.

|  | : |
|---|---|
| Initials of Preparer | SMO |