O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV11-01038-AHM (MANx) | Date | July 16, 2012 |
|---|---|---|---|
| Title | DIANE WELLS GUERRERO v. FIRST NLC FINANCIAL SERVICES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Victoria Valine | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Deron Colby | Steven M. Dailey |

**Proceedings:**     **(1)** DEFENDANT BANK OF NEW YORK MELLON'S MOTION TO DISMISS [61];
**(2)** DEFENDANT BANK PF NEW YORK MELLON'S MOTION TO STRIKE PORTIONS OF THIRD AMENDED COMPLAINT [62] (non-evidentiary)

Court circulates tentative order and hears oral argument.  For reasons stated on the record, the Court takes the motions under submission.  Order to issue.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | | SMO |