| | |
|---|---|
| 1 | Jeffrey S. Gerardo #146508 |
| | Steven M. Dailey #163857 |
| 2 | Kutak Rock LLP |
| | Suite 1100 |
| 3 | 18201 Von Karman Avenue |
| | Irvine, CA  92612-1077 |
| 4 | Telephone:  (949) 417-0999 |
| | Facsimile:   (949) 417-5394 |
| 5 | |
| | Attorneys for Defendant |
| 6 | THE BANK OF NEW YORK MELLON FKA |
| | THE BANK OF NEW YORK AS SUCCESSOR |
| 7 | IN INTEREST TO JPMORGAN CHASE BANK |
| | NA AS TRUSTEE FOR STRUCTURED ASSET |
| 8 | MORTGAGE INVESTMENTS II INC. BEAR |
| | STEARNS ALT-A TRUST 2005-9 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE WELLS GUERRERO, | Case No. 2:11-cv-01038AHM (MANx) |
| Plaintiff, | Assigned to: |
| | District A. Howard Matz |
| v. | Courtroom 14 |
| FIRST NLC FINANCIAL SERVICE, AND SUCCESSORS IN INTEREST; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9; CAL-WESTERN RECONVEYANCE CORPORATION,  And DOES 1-101, Inclusive, | Assigned Discovery: |
| | Magistrate Judge Margaret A. Nagle |
| | **JUDGMENT** |
| | Complaint filed:  February 2, 2011 |
| Defendant. | |

On July 26, 2012, this Court issued an Order granting THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR

STEARNS ALT-A TRUST 2005-9's ["BANK OF NEW YORK's"] Motion to Dismiss Plaintiff DIANE WELLS GUERRERO's Third Amended Complaint without leave to amend.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to BANK OF NEW YORK and that a Judgment of Dismissal be entered in favor of BANK OF NEW YORK and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the Third Amended Complaint against BANK OF NEW YORK.

**SO ORDERED:**

Date: September 4, 2012  _____
**HONORABLE A. HOWARD MATZ
U. S. DISTRICT COURT JUDGE**

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -

JUDGMENT

4845-4503-7584.1